FILED

2026 Aug-12  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**CASE NO.:**

JOE SCHMELZER,

                Plaintiff,

v.

STUDIO C ARCHITECTURE &
INTERIORS, LLC,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff JOE SCHMELZER by and through his undersigned counsel, brings this Complaint against Defendant STUDIO C ARCHITECTURE & INTERIORS, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff JOE SCHMELZER ("Schmelzer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Schmelzer's original copyrighted Work of authorship after removal of his copyright management information ("CMI").

2. Joe Schmelzer is an accomplished professional photographer who shoots architectural interiors and exteriors, hospitality, travel, and portraits. His work has been published in books and major publications including Architectural Digest, Elle Decor, and the New York Times. He has also shot for Pottery Barn, Amazon Home, and multiple hotels and appliance companies.

3.     Defendant STUDIO C ARCHITECTURE & INTERIORS, LLC ("SCAI") is an architectural design firm in Birmingham, Alabama that serves clients in Alabama as well as in Louisiana, Georgia, and Florida. At all times relevant herein, SCAI owned and operated the internet website located at the URL https://studiocarch.com/ (the "Website").

4.     Schmelzer alleges that SCAI copied Schmelzer's copyrighted Work from the internet in order to advertise, market and promote its business activities.  SCAI committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of SCAI's business.

## JURISDICTION AND VENUE

5.     This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202.

6.     This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.     SCAI is subject to personal jurisdiction in Alabama.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, SCAI engaged in infringement in this district, SCAI resides in this district, and SCAI is subject to personal jurisdiction in this district.

## DEFENDANT

9.     Studio C Architecture & Interiors, LLC is an Alabama Limited Liability Company, with its principal place of business at 2229 1st Avenue South, Suite 100, Birmingham, Alabama 35233, and can be served by serving its Registered Agent, R C Pitts, at the same address.

2

## THE COPYRIGHTED WORK AT ISSUE

10.     In 2021, Schmelzer created the photograph entitled "Bastiani_2320 Sycamore Canyon Dr_0035," which is shown below and referred to herein as the "Work."



11.     Schmelzer registered the Work with the Register of Copyrights on February 18, 2024 as part of a group registration.  The Group Registration was assigned registration number VA 2-393-469.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.     At all relevant times Schmelzer was the owner of the copyrighted Work.

13.     Schmelzer's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

3

14.    The Work in perspective, orientation, positioning, lighting, and other details are entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

15.    The Work is displayed on Schmelzer's website at https://www.joeschmelzer.com/INTERIORS--1/42/caption and the following containing Schmelzer's name and contact information appears underneath the image when selected:

©Joe Schmelzer, Inc. 2026 | Commercial and editorial photography | Los Angeles, California | 213.392.8032 - joe@joeschmelzer.com

16.    The information conveyed with the Work including Schmelzer's name and email address qualifies as copyright management information (CMI) under 17 U.S.C. § 1202(c)(2) and (3).

## INFRINGEMENT BY SCAI

17.    SCAI has never been licensed to use the Work for any purpose.

18.    On a date after the Work at issue in this action was created, but prior to the filing of this action, SCAI copied the Work.

19.    On or about November 21, 2025, Schmelzer discovered the unauthorized use of his Work on the Website. The Work was used in an article about nature-inspired home decoration on the Website.

20.    SCAI copied Schmelzer's copyrighted Work without Schmelzer's permission.

21.    After SCAI copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its architecture and design business.

22.    SCAI copied and distributed Schmelzer's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

4

23.    SCAI committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

24.    Schmelzer never gave SCAI permission or authority to copy, distribute or display the Work for any purpose.

25.    When SCAI copied and displayed the Work, SCAI failed to display and omitted Schmelzer's CMI from the Work, and displayed and distributed the Work without the CMI, as shown in Exhibit 2.

26.    The version of the Work reproduced, displayed, distributed, and promoted by SCAI omitted Plaintiff's CMI that was conveyed with the Work.

27.    By knowingly removing or omitting Plaintiff's CMI from the Work, SCAI obscured the Work's title and Plaintiff's identity as the author and copyright owner of the Work, concealing its infringement, and making it more difficult for consumers, potential licensees, and others to identify or locate Plaintiff and thereby facilitating, enabling, concealing, or inducing infringement of Plaintiff's copyrights.

28.    Schmelzer never gave SCAI permission or authority to remove CMI from the Work.

29.    Schmelzer notified SCAI of the allegations set forth herein on January 05, 2026 and January 21, 2026.  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

30.    Schmelzer incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31.    Schmelzer owns a valid copyright in the Work.

32. Schmelzer registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

33. SCAI copied, displayed, and distributed the Work and made derivatives of the Work without Schmelzer's authorization in violation of 17 U.S.C. § 501.

34. SCAI performed the acts alleged in the course and scope of its business activities.

35. Defendant's acts were willful.

36. Schmelzer has been damaged.

37. The harm caused to Schmelzer has been irreparable.

## COUNT 2
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

38. Schmelzer incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

39. The Work at issue contains CMI in the form of Schmelzer's name and email address which constitute identifying information under 17 U.S.C. § 1202(c).

40. SCAI knowingly and with the intent to conceal, enable or facilitate copyright infringement, removed, omitted, altered, and/or failed to display Plaintiff's CMI from the Work in violation of 17 U.S.C. § 1202(b).

41. SCAI knowingly and with the intent to conceal, enable or facilitate copyright infringement, distributed, displayed, advertised, and promoted the Work with the CMI omitted in violation of 17 U.S.C. § 1202(b).

42. SCAI committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Schmelzer's rights in the Work at issue in this action protected under the Copyright Act.

43. SCAI caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Schmelzer's rights in the Work that are protected under the Copyright Act.

44. Schmelzer has been damaged.

45. The harm caused to Schmelzer has been irreparable.

WHEREFORE, the Plaintiff JOE SCHMELZER prays for judgment against the Defendant STUDIO C ARCHITECTURE & INTERIORS, LLC that:

a. SCAI and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of §§ 501, 1203;

b. SCAI be required to pay Schmelzer his actual damages and Defendant's profits attributable to the infringement, or, at Schmelzer's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Schmelzer be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Schmelzer be awarded pre- and post-judgment interest; and

e. Schmelzer be awarded such other and further relief as the Court deems just and proper.

### JURY DEMAND

Schmelzer hereby demands a trial by jury of all issues so triable.

Dated: August 12, 2026                    Respectfully submitted,

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
BOARDMAN, CARR, PETELOS,
WATKINS, OGLE & HOWARD, P.C.
400 Boardman Drive

7

Chelsea, Alabama 35043
Telephone: (205) 678-8000
Facsimile: (205) 678-0000
mboardman@boardmancarr.com

and

ANGELA M. NIEVES *(pro hac vice forthcoming)*
Florida Bar Number: 1032760
angela.nieves@sriplaw.com
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, Florida 33433
786.788.6020 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Joe Schmelzer*